IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN, MILWAUKEE DIVISION

| | |
|---|---|
| Girl Scouts of Manitou Council, Inc. a Wisconsin Non-Profit Corporation, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 08-C-0184 ) |
| Girl Scouts of the United States of America, Inc., a District of Columbia Non-Profit Corporation, Kathy Cloninger, Patricia Diaz Dennis, and Linda Foreman, individuals, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

### DEFENDANTS GIRL SCOUTS OF THE UNITED STATES OF AMERICA, KATHY CLONINGER, PATRICIA DIAZ DENNIS AND LINDA FOREMAN'S MOTION TO DISMISS COUNT XI OF MANITOU COUNCIL'S FIRST AMENDED COMPLAINT

Defendants Girl Scouts of the United States of America ("GSUSA"), Kathy Cloninger, Patricia Diaz Dennis and Linda Foreman ("Individual Defendants") (collectively "Defendants") respectfully move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an Order dismissing with prejudice all claims asserted against Defendants in Count XI and against Individual Defendants in the caption and subparagraphs 2(b) – (d) of the First Amended Complaint filed in the above-captioned action. Defendants have filed and incorporate herein its Memorandum of Law in support of this motion.

WHEREFORE, Defendants respectfully move the Court:

1. To dismiss with prejudice all claims asserted against Defendants in Count XI of the First Amended Complaint filed in the above-captioned action.

2. To dismiss with prejudice all allegations asserted against Individual Defendants in the caption and subparagraphs 2(b) – (d) of the First Amended Complaint filed in the above-captioned action.

3. To grant Defendants such other and further relief as the Court deems just and necessary.

Dated: May 30, 2008                                    Respectfully submitted,

     /s/    *Kenneth Kirschner*
HELLER EHRMAN LLP

Kenneth Kirschner
Kenneth.Kirschner@hellerehrman.com
Gina Parlovecchio
Gina.Parlovecchio@hellerehrman.com
Times Square Tower
7 Times Square
New York, NY  10036-6524
Telephone: (212) 832-8300
Facsimile: (212) 763-7600

David J. Harth, SBN 1010417
David.Harth@hellerehrman.com
Michelle M. Umberger, SBN 1023801
Michelle.Umberger@hellerehrman.com
David E. Jones, SBN 1026694
David.Jones@hellerehrman.com
Lissa R. Koop, SBN 1050597
Lissa.Koop@hellerehrman.com
One East Main Street, Suite 201
Madison, WI  53703-5118
Telephone: (608) 663-7460
Facsimile: (608) 663-7499

**Attorneys for Girl Scouts of the United States of America, Kathy Cloninger, Patricia Diaz Dennis and Linda Foreman**