UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

GIRL SCOUTS OF MANITOU COUNCIL, INC.,

    Plaintiff,

v.                                                                     Case No. 08-C-184

GIRL SCOUTS OF THE UNITED STATES
OF AMERICA, INC., KATHY CLONINGER,
PATRICIA DIAZ DENNIS, and LINDA FOREMAN

    Defendants

## ORDER

This matter coming before the Court on Plaintiff's motion, brought pursuant to Rule 15 and 41 of the Federal Rule of Civil Procedure, to voluntarily withdraw Count XI of the First Amended Complaint and to dismiss all claims against defendants Kathy Cloninger, Patricia Diaz Dennis, and Linda Foreman; due notice having been given, and the Court being advised in the premises,

**IT IS HEREBY ORDERED** that the plaintiff's motion to withdraw Count XI of the First Amended Complaint and to dismiss all claims against defendants Kathy Cloninger, Patricia Diaz Dennis, and Linda Foreman (Docket #90) is and the same is hereby **GRANTED** as follows:

1.     That Count XI of the First Amended Complaint, and the cause of action stated therein, is voluntarily withdrawn and dismissed, with prejudice, against all defendants;

2. That defendants Kathy Cloninger, Patricia Diaz Dennis, and Linda Foreman are dismissed from this case and shall be removed from the caption;

3. That the First Amended Complaint is stricken in its entirety and this case shall proceed on the original Complaint filed in this case and with the original caption; and

4. That the defendants' Rule 12(b)(6) motion to dismiss (Docket #48) is stricken as moot.

Dated at Milwaukee, Wisconsin, this 18th day of December, 2008.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge